**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738



**FILED**

APR 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:12-CR-144 MCE |
| Plaintiff, ) | **ORDER TO SEAL** |
| v. ) | (UNDER SEAL) |
| TERRYLYN McCAIN ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney S. Robert Tice-Raskin to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: _April 12, 2012_

_/s/ Gregory G. Hollows_
GREGORY G. HOLLOWS
United States Magistrate Judge