UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>TERRYLYN MCCAIN,<br><br>    Defendant.<br>_____/ | No. 2:12-cr-00144-MCE<br><br>**NOTICE & ORDER** |

On October 29, 2012, Defendant Terrylyn McCain filed two "Notices of Deposition" ostensibly to take the depositions of two Federal judicial personnel, Magistrate Judge Gregory G. Hollows and Deputy Clerk L. Reader.

The notices, as filed, do not comply with the Guide of Judiciary Policy regarding taking of testimony from Federal Judicial personnel. Accordingly, the notices are improper and therefore of no force or effect.

///
///
///
///

1

1  The "Notices of Deposition" referenced above shall be
2  disregarded.
3       IT IS SO ORDERED.
4  
   Dated: October 30, 2012

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE