BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRYLYN McCAIN, ) <br> ) <br> Defendant. ) <br> _____) | Case No. Cr. 12-144 MCE <br><br> **ORDER REGARDING GOVERNMENT'S REQUEST TO FILE  EXHIBIT UNDER SEAL IN CONNECTION WITH OPPOSITION TO FIRST AMENDED MOTION TO QUASH INDICTMENT** <br><br> Hearing Date: December 6, 2012 <br> Hearing Time: 9:00 a.m. <br> Court: Hon. M.C. England |

Good cause having been shown, the request of the United States of America to file a copy of the original indictment for this matter, *under seal,* is hereby GRANTED.

Dated: November 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE