```
BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:12-cr-00144 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER REGARDING COMPETENCY |
| | ) | EXAMINATION OF DEFENDANT |
| TERRY LYN McCAIN, | ) | PURSUANT TO 18 U.S.C. § 4241(a) |
| Defendant. | ) | |

This matter came before the Court for a motions hearing on December 6, 2012 for various previously filed pre-trial motions. Shortly after the commencement of the hearing, the government orally moved the Court to order an examination of defendant to determine her mental competency.

The Court, having considered defendant's comments made during the course of the hearing, as well as various pleadings and documents filed by defendant in advance of the hearing, finds that there is reasonable cause to believe that she may be presently suffering from a mental disease or defect rendering her mentally incompetent to:

///

1

(1) understand the nature and consequences of the proceedings against her, or (2) conduct trial proceedings herself without the help of counsel.  See 18 U.S.C. § 4241; United States v. Thompson, 587 F.3d 1165, 1171-73 (9th Cir. 2009).

Accordingly, the Court hereby orders the following:

1.  The government's motion for a competency evaluation of defendant is granted.

2.  Pursuant to 18 U.S.C. § 4241 (b) and § 4247 (b), defendant is committed to the custody of the Attorney General for placement in a suitable facility to be examined as soon as practicable and within **no more than 45 (forty-five) days** from the date this Order is electronically filed.  Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the Court.  The psychiatric or psychological examination shall be conducted by a licensed or certified psychiatrist or psychologist or, if appropriate, by more than one such examiner.  A psychiatric or psychological report regarding defendant's competency shall be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247 (b) and (c), with copies both to defendant and to government counsel.  That report shall not only include the information required under 18 U.S.C. § 4247 (c)(1)-(4)(A), but shall also include an opinion as to whether the defendant is competent to conduct trial proceedings herself without the assistance of counsel.  See Thompson, 587 F.3d at 1171-73. The evaluation shall be completed and filed with the Court **within 45 (forty-five) days** from the date this Order is electronically filed, unless an extension of time is sought and approved by the Court.

///

3. This matter is set for a status conference on **February 7, 2013, at 9:00 a.m.** A hearing regarding defendant's competency pursuant to 18 U.S.C. § 4241(c) is presently set for the same date and time. The Court will entertain an earlier hearing date if the parties so desire, provided the evaluation has been completed.

4. The Court finds the ends of justice served by taking such an action outweigh the best interest of the public and Defendant in a speedy trial and excludes the time period between December 6, 2012, and February 7, 2013, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code A.

IT IS SO ORDERED.

DATED: December 7, 2012

_____
MORRISON C. ENGLAND, JR
CHIEF UNITED STATES DISTRICT JUDGE