UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  | No. 2:12-cr-00144 MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| TERRYLYN MCCAIN, | |
| Defendant. | |

----oo0oo----

Defendant, Ms. Terrylyn McCain, was indicted by a duly authorized Grand Jury on April 12, 2012. (ECF No. 1.)  Defendant is charged with four counts of mail fraud, four counts of false claims against the United States, and three counts of money laundering. (Id.) On October 9, 2012, the Magistrate Judge held a Faretta hearing and determined that Ms. McCain had knowingly and voluntarily waived her right to counsel.  (ECF No. 20.) Thereafter, Ms. McCain filed numerous pleadings and documents, which this Court has reviewed.  (See ECF Nos. 25-26, 33-38.)  On December 6, 2012, the Court held an oral hearing on Defendant's motions.

Ms. McCain's behavior and comments during the December 6 hearing provided the Court with reasonable cause to believe that Ms. McCain may be incompetent to represent herself.   In particular, Ms. McCain denied that her last name is, or has ever been, "McCain" and insisted that her full legal name is "Terry Lyn" (or "Terrylyn").

1

1 | Further, Ms. McCain repeatedly referred to herself as a "living beneficiary" of a "trust" and insisted that the Court was an "executor" of that trust. Ms. McCain offered to provide the Court with a legal document allegedly demonstrating her rights in the "trust." Upon examination of the document presented by Ms. McCain, the Court found that the document was Defendant's birth certificate. Throughout the proceedings, Ms. McCain repeated herself constantly, spoke in nonsensical terms, did not provide adequate responses to the Court's questions and referred to the Court in terms which demonstrated her lack of understanding of the proceedings. Finally, after the Court expressed its doubts in Ms. McCain's competency, the Court observed Ms. McCain pulling out what appeared to be a metal object with a sharp point (possibly a flag on a spindle). As a result of these observations, the Court found that there was clear and convincing evidence to believe that Ms. McCain may be suffering from a mental disease or defect and may be a danger to herself and to the public.

On December 7, 2012, the Court signed an order committing Defendant, Ms. McCain, into the custody of the Attorney General pursuant to 18 U.S.C. § 4241(b) and § 4247 (b) for placement in a facility suitable for a psychiatric or psychological examination to determine Defendant's competency. (ECF No. 46.) Since it appears that Ms. McCain may not be competent to waive her right to counsel, the Court hereby appoints the Office of the Federal Defender to represent Ms. McCain in an advisory capacity until such time as the results of the examination are known. The Court will make such further orders as may be necessary at that time

IT IS SO ORDERED.

Dated: December 26, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT