BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TERRY LYN McCAIN,<br><br>          Defendant. | Case No. Cr. 12-144 MCE<br><br>**ORDER CONTINUING STATUS CONFERENCE, SETTING COMPETENCY HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The Court, having considered the March 4, 2013 Request of the United States, hereby finds and orders as follows:

1. This matter is set for further status conference and a hearing regarding defendant's competency on March 14, 2013; and

2. The time period between March 7, 2013, and March 14, 2013, inclusive, shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(A)[Local Code A - delay for a competency evaluation and proceeding], 3161(h)(1)(F)[Local Code 6 -

//
//
//
//

1

1 | delay for transportation for examination].
2 |     IT IS SO ORDERED.
3 | DATED: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE