```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:12-CR-00144 TLN
                                 )
12             Plaintiff,        )  GOVERNMENT'S MOTION AND
                                 )  [PROPOSED] ORDER TO RESET
13  v.                           )  BRIEFING SCHEDULE AND HEARING
                                 )  DATE
14  TERRYLYNN McCAIN,            )
                                 )
15             Defendant.        )
                                 )
16  _____)
17
```

18       The United States of America, through its counsels of record,
19  Benjamin B. Wagner, United States Attorney for the Eastern District
20  of California, and William S. Wong, Assistant United States Attorney,
21  hereby submits this motion to revise the briefing schedule to allow
22  the Government additional time to research and filed its opposition
23  to the defendant's motions for the following reasons:
24       1.   On May 9, 2013, this Court denied the defendant's various
25  motions contained in docket numbers 25, 26, 33, 34, 35, 36, 37, 38,
26  and 61.  The Court ordered the government to respond by July 10, 2013
27  to defendant's pending motions set forth in docket numbers 63, 68,
28  and 69, and to any other motions filed by the defendant before June

10, 2013. The court further set a hearing date on the motions and a further status conference date for August 15, 2013, at 9:30 AM.

2. At the time the court ordered this briefing schedule, the government did not anticipate that the defendant would file an additional twelve new motions on June 10, 2013 and two additional motions/filings after June 10, 2013, for a total number of seventeen pending motions.

3. It appears to the government that the defendant took boilerplate motions from other cases that are not necessarily relevant to the issues in this case and modified them to suit her vexatious litigant purposes. In some of the motions the type font used do not match, the gender was not changed from male to reflect the defendant's true gender, that being a female. The cases cited do not stand for the proposition for which it is being offered. Generally speaking, the motions are nonsensical, difficult to understand, at times incomprehensible, and do not comport with the standards of legal writing required by local court rules. Due to the rambling and incomprehensible nature of the defendant's motions, the government is forced to engage in a wild goose chase in an attempt to properly respond to the motions.

4. Because of the extreme difficult in responding to the defendant's numerous frivolous motions, the government will need additional time to properly construe the intended meaning/purpose of the defendant's motions, do its best to address the issues raised, and write its opposition.

5. Counsel for the government is currently preparing for trial in the case of **United States v. Khan**, CRS. 10-175 KJM, which is scheduled to begin on July 22, 2013. Additionally, counsel for the

2

government recently received a court order to respond to supplemental filings in a Section 2255 petition in **United States v. Davis**, CRS. 98-114 KJM/DAD, which is due to be filed in two weeks. Accordingly, the government respectfully requests that the briefing schedule and law and motion hearing date be modified as follows;

    1.   Government's responses shall be filed no later than August 29, 2013;

    2.   Defendant's reply, if any, shall be filed no later than September 12, 2013; and

    3.   A non-evidentiary hearing on the motion to be set for September 26, 2013, at 9:30 a.m.

    Time is needed for the government to conduct further legal research and write its opposition to the defendant's motions. The defendant may need additional time to respond to the government's opposition. Accordingly, the government request that time be excluded pursuant to Local Code E and T-4 from the filing of the motions to the date the court issues its rulings on the motions.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 3, 2013          By:  /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney

```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00144 TLN |
|---|---|---|
| Plaintiff, | ) | ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | ) | |
| TERRYLYNN McCAIN, | ) | |
| Defendant. | ) | |

For the reasons set forth above, the revised law and motion schedule is adopted. Since the defendant has filed her motions, time will continue to be excluded because of the pending motions pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D), and Local Code T-4 from the filing of the motions to September 26, 2013 or to a reasonable date the court issues its decision.

DATED:   July 5, 2013

_____
Troy L. Nunley
United States District Judge

4