UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRYLYN MCCAIN,<br><br>Defendant. | No.  2:12-cr-00144-TLN<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR JUDICIAL NOTICE** |

The Defendant Terrylyn McCain ("Defendant") filed a Request for Judicial Notice (ECF No. 119) on February 6, 2014.  Pursuant to Federal Rule of Evidence 201, the Court may judicially take notice of adjudicative facts that are not subject to reasonable dispute because such facts are reasonably known within the jurisdiction or can be accurately and readily determined from sources whose accuracy cannot be questioned.

Defendant's filing requests the Court take judicial notice of a litany of alleged facts that she recites. Specifically, Defendant has alleged that "Petitioner is an informant for the Internal Revenue Service and has filed an IRS Claim in the United States District Court, in Washington D.C. . . . under the False Claims Act." (ECF No. 119 at 1.)  Defendant also cites to case no. 1-3-cv-01418-BAH and further asserts that:

> Petitioner, the Relator, conducted my own investigations in furtherance of a False Claims Act *qui tam* action and found that Defendants pursued and continue to pursue foreclosure actions

1

1
2
3
4
> using false and fabricated documents, particularly mortgage assignments. The Defendants used robo-signers who signed thousands of documents each week with no review nor any knowledge of their contents and created forged mortgage assignments using fraudulent titles in order to proceed with foreclosures.

5  (ECF No. 119 at 3.)  There is nothing in Defendant's request that the Court may appropriately

6  take judicial notice of pursuant to Federal Rule of Evidence 201.  Except for the portions of the

7  request that recite facts from the docket, the alleged facts are not adjudicative facts nor are they

8  generally known within the jurisdiction or able to be accurately or readily determined from

9  sources whose accuracy cannot be questioned.  Moreover, Defendant fails to show how any of the

10 allegations within her request are relevant to the case that she has cited to or the litigation at hand.

11 *See* Fed. R. Evid. 401.  For the foregoing reasons, Defendant's request for judicial notice is

12 hereby DENIED.

13          IT IS SO ORDERED.

14

15 Dated: February 14, 2014

16

17                                          Troy L. Nunley
                                            United States District Judge
18

19
20
21
22
23
24
25
26
27
28