UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:12-CR- 00144-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| TERRYLYN MCCAIN, | |
| Defendant. | |

The Court hereby issues this Order to clarify its statements made to Defendant Terrylyn McCain ("Defendant") during the trial confirmation hearing on Thursday, May 29, 2014. During the hearing, Defendant made certain statements concerning her ability to prepare for trial, and the Court directed Defendant to file the appropriate motions with the Court. This directive was not an invitation to refile motions concerning matters that this Court has already considered and ruled on. Instead, the Court's directive pertains only to motions concerning the pending trial date and any motions that Defendant finds appropriate concerning her current incarceration.[1]

IT IS SO ORDERED.

Dated: May 30, 2014

Troy L. Nunley
United States District Judge

---

[1] As the Court has previously indicated, it will not continue to entertain Defendant's arguments regarding allegations that the United States District Court does not have jurisdiction to enforce the Federal Tax Laws. Thus, any motions filed in this vein will not be considered.

1