UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>  v.<br><br>TERRYLYN MCCAIN,<br><br>   Defendant. | No. 2:12-CR-00144 TLN<br><br><br>**ORDER** |

  On Thursday, May 29, 2014, this Court held the trial confirmation hearing for Defendant Terrylyn McCain ("Defendant"), whose matter is currently set for trial on June 30, 2014.  During the hearing, Defendant implied that she may be filing a motion for a continuance.  The Court has not received a motion from Defendant.  Due to the impending trial date, Defendant is hereby ordered to file any motion concerning the appropriateness of a continuance on or before June 16, 2014.

  IT IS SO ORDERED.

Dated: June 5, 2014

Troy L. Nunley
United States District Judge

1