BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
KEVIN KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-144 TLN |
| Plaintiff, | COURT ORDER TO DETERMINE MENTAL COMPETENCY PURSUANT TO 18 U.S.C. SECTION 4241 (a) |
| v. | |
| TERRYLYN MCCAIN, | Date: June 19, 2014<br>Time: 9:45 am |
| Defendant. | Ctrm: Honorable Troy L. Nunley |

**ORDER**

Pursuant to 18 U.S.C. § 4241 (a), whereas the Court having observed the defendant's conduct and having considered her comments at recent hearings, as well as having the opportunity to review her written comments scribbled on legal documents served on her by the Court and the Government, the Court having found reasonable cause to believe that defendant TERRYLYN McCAIN may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense, it is hereby ORDERED pursuant to 18 U.S.C. § 4241 (b) and § 4247 (b), defendant is committed to the custody of the Attorney General for placement in a suitable facility to be examined as soon as practicable. The United States Marshal's Service is hereby ORDERED to transport the

1

defendant forthwith to the nearest available Bureau of Prisons federal facility to be examined for mental competency and that a psychiatric or psychological report be filed with the court within 30 days of this Order, unless good cause can be shown to extend the filing of said report for an additional 15 days.  The defendant shall be returned back to the United States District Court for the Eastern District of California by August 3, 2014, for a status hearing set for August 7, 2014, unless ordered to do otherwise.

The matter is set for a status conference on August 7, 2014, at 9:30 AM.  A hearing regarding defendant's competency pursuant to 18 U.S.C. § 4241 (c) shall be set for the same date and time.  The Court will entertain an earlier hearing date if the parties so desire, provided the evaluation has been completed.

Time under the Speedy Trial Act is excluded from the period of June 19, 2014, up to and including August 7, 2014, pursuant to 18 U.S.C. § 3161 (h)(1)(A) and Local Code A.

IT IS SO ORDERED.

Dated: June 24, 2014

Troy L. Nunley
United States District Judge

2