UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>TERRYLYN MCCAIN,<br><br>    Defendant. | No.  2:12-cr-144-TLN |

On July 10, 2014, Defendant arrived at the Metropolitan Detention Center in Los Angeles, California, for a competency evaluation pursuant to 18 U.S.C. § 4241.  On August 5, 2014, the Court received a letter from the Bureau of Prisons requesting a 15-day extension, under 18 U.S.C. § 4247(b), to complete Defendant's competency evaluation.  The Bureau of Prisons has advised that the anticipated date for completion of the evaluation is August 24, 2014, and that this Court should receive the competency report by September 14, 2014.

The Court GRANTS the Bureau of Prison's request for a 15-day extension.

Dated: August 8, 2014

_____
Troy L. Nunley
United States District Judge

1