UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRYLYN MCCAIN,<br><br>Defendant. | No. 2:12-cr-144-TLN<br><br><br><br>**ORDER** |

Defendant is proceeding pro se in this action.  (ECF Nos. 20, 58, 152.)   The Court orders the Sacramento County Sheriff to provide Defendant law library access at reasonable times and manner consistent with the access provided to all other similarly situated inmates and consistent with any necessary security precautions while Defendant is awaiting trial.[1]  Trial is set to commence on January 26, 2015.  (ECF No. 152.)  The United States Marshal is directed to serve a copy of this Order on the Sacramento County Main Jail.

IT IS SO ORDERED.

DATED: October 24, 2014

Troy L. Nunley
United States District Judge

---

[1] See, e.g., Order: County Jail Inmate Pro Per Status and Privileges, Super. Ct. of Cal., Cnty. of Sacramento CR/I-272 (Rev. 05.08.13) (on file at Super. Ct. of Cal.).

1