IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:12-cr-0144 TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| TERRYLYN MCCAIN, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel.

OFFENSE: 18 USC § 1341

CJA Panel attorney Tasha Chalfant is hereby appointed advisory counsel, effective December 18, 2014, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED:  12/19/2014

*[signature]*
Troy L. Nunley
United States District Judge

ORDER APPOINTING COUNSEL        1